**FILED**

APR 2 9 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **4:26-CR00194 ZMB/SPM** |
| | ) |
| KELLY BROGAN, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
**(42 U.S.C. § 408(a)(7)(B): False Representation of Social Security Number)**

Beginning at least as early as December 2022 through in or about November 2023, in the Eastern District of Missouri, the defendant,

**KELLY BROGAN,**

for the purpose of obtaining for herself and any other person anything of value from any person, and for any other purpose, knowingly and with the intent to deceive represented a social security account number to be assigned by the Commissioner of Social Security to her in a credit application at First Community Credit Union, when in fact, such number was not the social security account number assigned to her by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 2
**(42 U.S.C. § 408(a)(7)(B): False Representation of Social Security Number)**

Beginning at least as early as December 2022 through in or about October 2023, in the

Eastern District of Missouri, the defendant,

**KELLY BROGAN,**

for the purpose of obtaining for herself and any other person anything of value from any person, and for any other purpose, knowingly and with the intent to deceive represented a social security account number to be assigned by the Commissioner of Social Security to her in a credit application at Scott Community Credit Union, when in fact, such number was not the social security account number assigned to her by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 3
### (42 U.S.C. § 408(a)(7)(B): False Representation of Social Security Number)

Beginning at least as early as January 2023 through in or about July 2023, in the Eastern District of Missouri, the defendant,

**KELLY BROGAN,**

for the purpose of obtaining for herself and any other person anything of value from any person, and for any other purpose, knowingly and with the intent to deceive represented a social security account number to be assigned by the Commissioner of Social Security to her in a housing application to Arcade Apartments, when in fact, such number was not the social security account number assigned to her by the Commissioner of Social Security.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 4
### (18 U.S.C. § 1028A: Aggravated Identity Theft)

Beginning at least as early as June 2024 through in or about June 2025, in the Eastern District of Missouri, the defendant,

2

<strong>KELLY BROGAN,</strong>

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 United States Code, Section 1028A(c), to wit: False Representation of a Social Security Number, knowing that the means of identification belonged to another actual person, F.L.M.

All in violation of Title 18, United States Code, Section 1028A(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 408(7)(B), as set forth in Counts 1 through 3, and Section 1028A, as set forth in Count 4, and, the defendant shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said offense. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

2. If any of the property described above, as a result of any act or omission of the defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

3

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney


_____
JOLENE TAAFFE #56946MO
Special Assistant United States Attorney